NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

WARSAW ORTHOPEDIC, INC., MEDTRONIC
SOFAMOR DANEK USA, INC., MEDTRONIC
PUERTO RICO OPERATIONS COMPANY AND
MEDTRONIC SOFAMOR DANEK DEGGENDORF,
GMBH,

*Plaintiffs-Appellees,*

v.

GLOBUS MEDICAL, INC.,

*Defendant-Appellant.*

---

2009-1525

---

Appeal from the United States District Court for the Eastern District of Pennsylvania in case no. 06-CV-4248, Judge Norma L. Shapiro.

---

## ON MOTION

---

## ORDER

Upon consideration of the motion to withdraw Amy J. Nelson as counsel for Warsaw Orthopedic, Inc., Medtronic Sofamor Danek USA, Inc., Medtronic Puerto Rico Opera-

tions Company, and Medtronic Sofamor Danek Deggendorf GmbH,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**OCT 1 5 2010**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Cynthia D. Vreeland, Esq.
     Constantine L. Trela, Jr., Esq.
     Amy J. Nelson, Esq.

     s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**OCT 1 5 2010**

**JAN HORBALY**
**CLERK**